JONES MAYER
James R. Touchstone, SBN: 184584
jrt@jones-mayer.com
Melissa M. Ballard, SBN: 185739
mmb@jones-mayer.com
3777 North Harbor Boulevard
Fullerton, CA 92835
Telephone: (714) 446-1400
Facsimile: (714) 446-1448

Attorneys for Defendants
SAN BERNARDINO COUNTY
and DEPUTY K. MULLINS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY MORALES,<br><br>       Plaintiff,<br><br>  vs.<br><br>COUNTY OF SAN BERNARDINO; DEPUTY K. MULLINS, AND DOE DEPUTIES 1-10,<br><br>      Defendants. | Case No. 5:25-cv-2013-SP-DTB<br><br>*Assigned for all Purposes to:*<br>*Hon. Sherilyn Peace Garnett*<br>*Dept. 5C*<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ENTIRE ACTION**<br><br>*[Filed Concurrently Herewith the[Proposed] Order]*<br><br>[Fed. Rules of Civ. Proc. 41(a)(1)(A)(ii)]<br><br>Trial Date:    October 27, 2026<br>Action Filed:  August 3, 2025 |

TO THIS HONORABLE COURT:

IT IS HEREBY STIPULATED between Plaintiff HENRY MORALES and Defendants COUNTY OF SAN BERNARDINO and DEPUTY K. MULLINS, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff HENRY MORALES's action is dismissed with prejudice in its entirety. Each party to bear their own attorney's fees and costs.

Dated: December 4, 2025          Respectfully submitted,

                                 JONES MAYER

                                 By: /s/ Melissa M. Ballard
                                 James R. Touchstone
                                 Melissa M. Ballard
                                 Attorneys for Defendants,
                                 COUNTY OF SAN BERNARDINO
                                 and DEPUTY K. MULLINS

Dated: December 4, 2025          KIRAKOSIAN LAW, APC

                                 By: /s/ Gregory L. Kirakosian
                                 Gregory L. Kirakosian
                                 Attorneys for Plaintiff
                                 HENRY MORALES

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Melissa M. Ballard, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: December 4, 2025          JONES MAYER

                                 By: /s/ Melissa M. Ballard
                                 James R. Touchstone
                                 Melissa M. Ballard
                                 Attorneys for Defendants,
                                 COUNTY OF SAN BERNARDINO
                                 and DEPUTY K. MULLINS